**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)          Case Number **15–36008**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/22/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert J Graves
3349 North Pittsburgh Avenue
Chicago, IL 60634

| | |
|---|---|
| Case Number: 15–36008<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5441 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575–8181 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312–431–1300 |

## Meeting of Creditors:

Date: **December 8, 2015**          Time: **01:00 PM**

Location: **224 South Michigan, Suite 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **3/7/16**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **4/19/16**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has not filed a plan as of this date. You will receive notice of the plan at a later date. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **1/7/16**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604** .

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/8/16**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: October 23, 2015 |

## EXPLANATIONS <span style="float:right">B9I (Official Form 9I) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                            Case No. 15-36008-TAB
Robert J Graves                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmiller                 Page 1 of 2              Date Rcvd: Oct 23, 2015
                              Form ID: b9i                  Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
db             +Robert J Graves,    3349 North Pittsburgh Avenue,    Chicago, IL 60634-2831
23844006       +Anselmo Lindberg Oliver, LLC,    1771 W. Diehl, Suite 150,   Naperville, IL 60563-4947
23844008       +Blatt Hasenmiller F L,   125 S. Wacker Drive #400,    Chicago, IL 60606-4440
23844009       +Blatt, Hasenmiller, Leibsker and Moore,,    10 South LaSalle Street,   Suite 2200,
                 Chicago, IL 60603-1069
23844010       +Caliber Home Loans,    PO Box 24330,   Oklahoma City, OK 73124-0330
23844013       +Cook County Clerk,    69 W. Washington, Suite 500,   Chicago, IL 60602-3030
23844015       +Cook County Department of Revenue,    118 N. Clark Street,   #1160,   Chicago, IL 60602-1315
23844016        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23844017       +Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
23844018       +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,   Naperville, IL 60563-4947
23844019       +Freedman Anselmo Lindberg LLC,    Po Box 3228,   Naperville, IL 60566-3228
23844022        Household Finance Corporation,    PO Box 1231,   Brandon, FL 33509-1231
23844025       +MCSI Inc,   7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
23844024       +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23844029        Monogram Credit Bank,    PO Box 68894,   Des Moines, IA 50368
23844030        Plaza Dental Group,    338 N Harlem Avenue,   Chicago, IL 60634
23844035       +Robert J. Graves,    3349 N. Pittsburgh Avenue,   Chicago, IL 60634-2831
23844036       +Saporta Stephen T,   1256 W. Jefferson #202,    Joliet, IL 60435-6889
23844037       +Sonnenschein Financial Services,    2 Transam Plaza Drive, Suite 3,
                 Oakbrook Terrace, IL 60181-4823
23844042       +The Bureaus Inc.,    650 Dundee Road,   Ste 370,   Northbrook, IL 60062-2757
23844043       +Trans Union LLC,    1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
23844044       +Tryad Specialties Inc,    2015 Dean Street,   Saint Charles, IL 60174-1577
23844046       +Village of Hillside,    425 Hillside Avenue,   Hillside, IL 60162-1695
23844047       +Village of Wilmette,    1200 Wilmette Avenue,   Wilmette, IL 60091-2793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Cmagerski@sulaimanlaw.com Oct 24 2015 01:14:24     Charles L. Magerski,
                 Sulaiman Law Group, LTD,   900 Jorie Boulevard,   Suite 150,   Oak Brook, IL  60523
tr             +E-mail/Text: courtnotices@chi13.com Oct 24 2015 01:15:17     Marilyn O Marshall,
                 224 South Michigan Ste 800,   Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 24 2015 01:15:23     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
23844011       +EDI: AIS.COM Oct 24 2015 00:48:00     Capital One, N.A. *,   c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
23844012       +EDI: CAPITALONE.COM Oct 24 2015 00:48:00     Capital One, N.A.*,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
23844014       +E-mail/Text: rod.support@cookcountyil.gov Oct 24 2015 01:16:38     Cook County Clerk,
                 118 N. Clark Street,   Room 434,   Chicago, IL 60602-1413
23844021        EDI: HFC.COM Oct 24 2015 00:48:00     Household Finance Corporation,   PO Box 9618,
                 Virginia Beach, VA 23450-9618
23844023       +EDI: RESURGENT.COM Oct 24 2015 00:48:00     LVNV Funding LLC its sucessors & assigns,
                 assignee of Citibank Resurgent Cap Serv,   PO Box 10587,   Greenville, SC 29603-0587
23844028       +EDI: MERRICKBANK.COM Oct 24 2015 00:48:00     Merrick Bank,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
23844026       +EDI: MERRICKBANK.COM Oct 24 2015 00:48:00     Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
23844027       +EDI: MERRICKBANK.COM Oct 24 2015 00:48:00     Merrick Bank,   10705 S Jordan Gateway #200,
                 South Jordan, UT 84095-3977
23844031        EDI: PRA.COM Oct 24 2015 00:48:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
23844032        EDI: PRA.COM Oct 24 2015 00:48:00     Portfolio Recovery Associates,   Po box 12914,
                 Norfolk, VA 23541
23844033        EDI: PRA.COM Oct 24 2015 00:48:00     Portfolio Recovery Associates LLC,   PO Box 41067,
                 Norfolk, VA 23541
23844034       +EDI: PRA.COM Oct 24 2015 00:48:00     Portfolio Recovery Associates, Inc,
                 120 Corporate Boulevard,   Norfolk, VA 23502-4962
23844041       +EDI: TDBANKNORTH.COM Oct 24 2015 00:48:00     TD Bank, NA,   1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
23844038       +EDI: WTRRNBANK.COM Oct 24 2015 00:48:00     Target Credit Card (TC),   P.O. Box 9475,
                 Minneapolis, MN 55440-9475
23844039       +EDI: WTRRNBANK.COM Oct 24 2015 00:48:00     Target National Bank,   3701 Wayzata Boulevard,
                 MS-3CG,   Minneapolis, MN 55416-3401
23844040       +EDI: WTRRNBANK.COM Oct 24 2015 00:48:00     Target Red Card,   PO Box 660170,
                 Dallas, TX 75266-0170
23844045       +EDI: USBANKARS.COM Oct 24 2015 00:48:00     US Bank Home Mortgage,   US Bancorp Center,
                 800 Nicollet Mall,   Minneapolis, MN 55402-2511
23844048       +EDI: WFFC.COM Oct 24 2015 00:48:00     Wells Fargo Bank, N.A.,   420 Montgomery Street,
                 San Francisco, CA 94104-1298
23844049       +EDI: WFFC.COM Oct 24 2015 00:48:00     Wells Fargo Dealer Services,   Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
```

```
District/off: 0752-1          User: mmiller              Page 2 of 2               Date Rcvd: Oct 23, 2015
                              Form ID: b9i               Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
23844050      +EDI: WFFC.COM Oct 24 2015 00:48:00      Wells Fargo Dealer Services,   P.O. Box 1697,
               Winterville, NC 28590-1697
23844051      +E-mail/Text: BKRMailOps@weltman.com Oct 24 2015 01:15:43      Weltman, Weinberg & Reis,
               175 South 3rd Street, Suite 900,    Columbus, OH 43215-5166
23844052      +E-mail/Text: BKRMailOps@weltman.com Oct 24 2015 01:15:43      Weltman, Weinberg & Reis Co., LPA,
               180 North LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23844007     ##+Bishop, Rossi & Laforte, Ltd,   George F. Laforte, Jr.,   Two TransAm Plaza, Suite 200,
               Oakbrook Terrace, IL 60181-4296
23844020     ##+Freedman Anselmo Lindberg LLC,   1807 W. Diehl Road, Suite 333,   Naperville, IL 60563-1890
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2015 at the address(es) listed below:
```
          Charles L. Magerski   on behalf of Debtor Robert J Graves Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```